**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000230
07-JUL-2025
08:36 AM
Dkt. 17 ODSD**

NO. CAAP-25-0000230

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

THOMAS P. FLORES II, Plaintiff-Appellant, v.
GLENN S. PAGE; SAFEWAY INC., Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-24-0001353)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before May 12, 2025, and June 9, 2025, respectively;

(2) Self-represented Plaintiff-Appellant Thomas Patrick **Flores** II failed to file either document, or request an extension of time;

(3) On June 17, 2025, the appellate clerk entered a default notice informing Flores that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on June 27, 2025, for appropriate action, which could include dismissal of the appeal, under Hawai‘i Rules of Appellate Procedure Rules 12.1(e) and 30, and Flores could request relief from default by motion; and

(4) Flores has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, July 7, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge